IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **OPTICAL MEMORY STORAGE, LLC** | |
| **Plaintiff,** | |
| v. | Civil Action No. 11-cv-12566 |
| **CMC MAGNETICS CORP., ET AL.** | JURY TRIAL DEMANDED |
| **Defendants.** | |

## STIPULATION OF JOINT DISMISSAL WITH PREJUDICE

Plaintiff Optical Memory Storage, LLC and Defendants Panasonic Corporation and Panasonic Corporation of North America, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss with prejudice all claims and counterclaims between the parties to this stipulation, with each party bearing their own attorney's fees and other expenses.

| | |
|---|---|
| DATED: June 15, 2012 | Respectfully submitted, |
| INNOVALAW, P.C. | McDERMOTT WILL & EMERY LLP |
| /s/ Timothy E. Grochocinski<br>Timothy E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, Illinois 60462<br>P. 314-853-8146<br>teg@innovalaw.com | /s/ Daniel Foster (*w/consent*)<br>Daniel Foster<br>dfoster@mwe.com<br>Brock Wilson<br>bwilson@mwe.com<br>McDermott Will & Emery LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559<br>949.757.7103 (direct)<br>949-534-9917 (e-fax) |
| THE SIMON LAW FIRM, P.C.<br><br>Anthony G. Simon<br>Michael P. Kella<br>800 Market Street, Suite 1700<br>Saint Louis, Missouri 63101<br>P. 314.241.2929<br>F. 314.241.2029<br>asimon@simonlawpc.com<br>mkella@simonlawpc.com<br><br>*Attorneys for Plaintiff* | *Attorneys for Defendants*<br>*Panasonic Corporation and Panasonic Corporation of North America* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on June 15, 2012.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski