IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OPTICAL MEMORY STORAGE, LLC | |
| Plaintiff, | |
| v. | Civil Action No. 11-cv-12566 |
| CMC MAGNETICS CORP., ET AL. | JURY TRIAL DEMANDED |
| Defendants. | |

 [PROPOSED] ORDER

Plaintiff Optical Memory Storage, LLC ("Plaintiff") and Defendants Panasonic Corporation and Panasonic Corporation of North America's Stipulation of Joint Dismissal with Prejudice is GRANTED. All Claims between the Plaintiff and Defendants Panasonic Corporation and Panasonic Corporation of North America are hereby dismissed with prejudice, with each party to bear their own costs and expenses.

DATED: 6-18-12

PAUL D. BORMAN
U.S. District Court Judge

1